RICHARD F. McCARTHY, Respondent, *v.* THE STATE OF NEW YORK, Appellant.

(Claim No. 23260.)

(Argued October 25, 1935; decided November 20, 1935.)

*John J. Bennett, Jr., Attorney-General (Joseph I. Butler, Henry Epstein* and *Leon M. Layden* of counsel), for appellant.

*P. Augustus Hopkins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.